JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHAN JIN,

                Petitioner,

     v.

MARKWAYNE MULLIN, et al.,

                Respondents.

Case No. 5:26-cv-01648-MAA

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus (ECF No. 12) and the Notice of Compliance filed April 16, 2026 (ECF No. 13),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED: April 17, 2026

_____

HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE